# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

142311 & (18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TEMPERANCE ROBERTS, Personal
Representative of the Estate of SANDRA
LYNN ROBERTS, Deceased,
          Plaintiff-Appellee,

v

THOMAS M. PINSON, D.O., SOHRAB
SHAFINIA, D.O., and CITY MEDICAL, P.C.,
          Defendants-Appellants.

SC: 142311
COA: 297973
Wayne CC: 09-029778-NH

_____/

       On order of the Court, the motion to consolidate is DENIED. The application for leave to appeal the November 10, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

       ZAHRA, J., did not participate because he was on the Court of Appeals panel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

h0620